Meredith Cavallaro
Noah H. Bunzl
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
Attorneys for Defendant Gazit Horizons, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JILL ELIA,
                                                          :
                    Plaintiff,
                                                           :         1:22-cv-09859-JPO
         v.
                                                          :         Oral Argument Requested
GAZIT HORIZONS, INC.,
                                                          :
                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFENDANT'S NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Noah H. Bunzl, Defendant Gazit Horizons, Inc. will move this Court before the Honorable J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, New York 10007, at a date and time to be set by the Court, for an order dismissing all of Plaintiff Jill Elia's claims as against Defendant, with prejudice, for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Defendant respectfully requests oral argument of this motion.

Dated: New York, New York
January 25, 2023

                            PADUANO & WEINTRAUB LLP

                            By: /s/ Noah H. Bunzl
                                 Meredith Cavallaro
                                 Noah H. Bunzl
                            1251 Avenue of the Americas
                            Ninth Floor
                            New York, New York 10020
                            (212) 785-9100
                            mc@pwlawyers.com
                            nhb@pwlawyers.com

                            Attorneys for Defendant
                            Gazit Horizons, Inc.

To: Walker G. Harman, Jr., Esq.
      THE HARMAN FIRM, LLP
      1270 Sixth Avenue, Suite 756
      New York, New York 10020
      (646) 248-2288
      wharman@theharmanfirm.com

      Attorneys for Plaintiff
      Jill Elia